IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BENNIE ROY ANDERSON                                                                                       PLAINTIFF

v.                                            Case No. 1:24-cv-1086

CAPTAIN LISA WORLEY, *et al*.                                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Upon preservice screening of Plaintiff's Amended Complaint (ECF No. 6) pursuant to 28 U.S.C. § 1915A(a), Judge Bryant recommends that the Amended Complaint be dismissed without prejudice for failure to state a claim upon which relief can be granted. Judge Bryant further recommends that the Clerk be directed to place a strike flag be placed on this case pursuant to 28 U.S.C. § 1915(g) for future judicial consideration. Plaintiff has not filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 7) in toto. Accordingly, Plaintiff's Amended Complaint (ECF No. 6) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to place a strike flag be placed on this case pursuant to 28 U.S.C. § 1915(g) for future judicial consideration.

**IT IS SO ORDERED**, this 26th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge